IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02121-CMA-BNB

MARIBEL SLIMBARSKI,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,
A Florida corporation,

    Defendant.

## DEFENDANT'S ANSWER

Diversified Consultants, Inc. ("Defendant") files its Answer as follows:

**1.** Defendant admits that jurisdiction is proper in this Court. Otherwise, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof thereof.

**2.** Defendant denies the allegations in paragraph 2 of Plaintiff's Complaint.

**3.** Defendant admits that venue is proper in this Court. Otherwise, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof thereof.

**4.** Defendant denies that it committed any acts and transactions for which it could be liable under any statute or the common law and as such, denies the allegations in paragraph 4 of Plaintiff's Complaint.

**5.** Defendant admits the allegations in paragraph 5 of Plaintiff's Complaint.

**6.** Defendant admits the allegations in paragraph 6 of Plaintiff's Complaint.

**7.** Defendant admits the allegations in paragraph 7 of Plaintiff's Complaint.

8.      Defendant is without sufficient information to form a belief as to the truth and veracity of the allegations contained in paragraph 8 of Plaintiff's Complaint and accordingly denies same.

9.      Defendant is without sufficient information to form a belief as to the truth and veracity of the allegations contained in paragraph 9 of Plaintiff's Complaint and accordingly denies same.

10.     Defendant is without sufficient information to form a belief as to the truth and veracity of the allegations contained in paragraph 10 of Plaintiff's Complaint and accordingly denies same.

11.     Defendant admits the allegations in paragraph 11 of Plaintiff's Complaint.

12.     Defendant admits the allegations in paragraph 12 of Plaintiff's Complaint.

13.     Defendant admits that in general, it is a debt collector under 15 U.S.C. § 1692a(6). However, Defendant is without sufficient information to form a belief as to the truth and veracity of the allegation that it is a debt collector under 15 U.S.C. § 1692a(6) for purposes of the present action, and accordingly denies same.

14.     Defendant admits the allegations in paragraph 14 of Plaintiff's Complaint.

15.     Defendant admits that part of its principal purpose is the collection of debts using the mail and telephone. Otherwise, Defendant is without sufficient information to form a belief as to the truth and veracity of the remaining allegations contained in paragraph 15 of Plaintiff's Complaint and accordingly denies same.

16.     Defendant admits the allegations in paragraph 16 of Plaintiff's Complaint.

17.     Defendant admits the allegations in paragraph 17 of Plaintiff's Complaint.

**18.** Defendant is without sufficient information to form a belief as to the truth and veracity of the allegations contained in paragraph 18 of Plaintiff's Complaint and accordingly denies same.

**19.** Defendant is without sufficient information to form a belief as to the truth and veracity of the allegations contained in paragraph 19 of Plaintiff's Complaint and accordingly denies same.

**20.** To the extent that Plaintiff had a financial obligation upon which she defaulted, Defendant admits the allegations in paragraph 20 of Plaintiff's Complaint. Otherwise, Defendant is without sufficient information to form a belief as to the truth and veracity of the remaining allegations contained in paragraph 20 of Plaintiff's Complaint and accordingly denies same.

**21.** Defendant admits that it obtained the right to collect a lawful debt incurred by Plaintiff. Otherwise, Defendant is without sufficient information to form a belief as to the truth and veracity of the remaining allegations contained in paragraph 21 of Plaintiff's Complaint and accordingly denies same.

**22.** There are no facts set forth in Paragraph 22 of Plaintiff's Complaint requiring an admission or denial. Further, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof of same. As such, Defendant denies the remaining allegations in paragraph 22 of Plaintiff's Complaint.

**23.** There are no facts set forth in Paragraph 23 of Plaintiff's Complaint requiring an admission or denial. Further, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof of same. As such, Defendant denies the remaining allegations in paragraph 23 of Plaintiff's Complaint.

**24.** To the extent that Defendant's employees acted in accordance with their training and in compliance with Defendant's policies and procedures, Defendant admits the allegations in paragraph 24 of Plaintiff's Complaint. Otherwise, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof of same. As such, Defendant denies the remaining allegations in paragraph 24 of Plaintiff's Complaint.

**25.** To the extent that Defendant's employees acted in accordance with their training and in compliance with Defendant's policies and procedures, Defendant admits the allegations in paragraph 25 of Plaintiff's Complaint. Otherwise, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof of same. As such, Defendant denies the remaining allegations in paragraph 25 of Plaintiff's Complaint.

**26.** Defendant admits the allegations in paragraph 26 of Plaintiff's Complaint.

**27.** Defendant admits the allegations in paragraph 27 of Plaintiff's Complaint.

**28.** Defendant admits the allegations in paragraph 28 of Plaintiff's Complaint.

**29.** Defendant admits the allegations in paragraph 29 of Plaintiff's Complaint.

**30.** Defendant admits the allegations in paragraph 30 of Plaintiff's Complaint.

**31.** Defendant denies the allegations in paragraph 31 of Plaintiff's Complaint.

**32.** The underlying facts set forth in paragraph 32 are incorrect. As such, Defendant denies the allegations in paragraph 32 of Plaintiff's Complaint.

**33.** Defendant denies the allegations in paragraph 33 of Plaintiff's Complaint.

**34.** The underlying facts set forth in paragraph 34 are incorrect. As such, Defendant denies the allegations in paragraph 34 of Plaintiff's Complaint.

**35.** Defendant admits the allegations in paragraph 35 of Plaintiff's Complaint.

**36.** Defendant admits the allegations in paragraph 36 of Plaintiff's Complaint.

**37.** Defendant admits the allegations in paragraph 37 of Plaintiff's Complaint.

**38.** Defendant admits the allegations in paragraph 38 of Plaintiff's Complaint.

**39.** Defendant admits the allegations in paragraph 39 of Plaintiff's Complaint.

**40.** Defendant denies the allegations in paragraph 40 of Plaintiff's Complaint.

**41.** Defendant denies the allegations in paragraph 41 of Plaintiff's Complaint.

**42.** Defendant denies the allegations in paragraph 42 of Plaintiff's Complaint.

**43.** The statements in paragraph 43 of Plaintiff's Complaint are recitation of a district court interpreting the FDCPA. There are no facts set forth in Paragraph 43 of Plaintiff's Complaint requiring a response therefore, no admission or denial of same is needed. Further, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof of same. As such, Defendant denies the remaining allegations in paragraph 43 of Plaintiff's Complaint.

**44.** The statements in paragraph 44 of Plaintiff's Complaint are recitation of a district court interpreting the FDCPA. There are no facts set forth in Paragraph 44 of Plaintiff's Complaint requiring a response therefore, no admission or denial of same is needed. Further, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof of same. As such, Defendant denies the remaining allegations in paragraph 44 of Plaintiff's Complaint.

**45.** Defendant admits that Plaintiff is seeking damages. However, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands

strict proof of same.  As such, Defendant denies the remaining allegations in paragraph 45 of Plaintiff's Complaint.

**46.**	Defendant admits the allegations in paragraph 46 of Plaintiff's Complaint.

**47.**	Defendant admits the allegations in paragraph 47 of Plaintiff's Complaint.

**48.**	Defendant admits the allegations in paragraph 48 of Plaintiff's Complaint.

**49.**	Defendant admits the allegations in paragraph 49 of Plaintiff's Complaint.

**50.**	Defendant admits the allegations in paragraph 50 of Plaintiff's Complaint.

**51.**	Defendant admits the allegations in paragraph 51 of Plaintiff's Complaint.

**52.**	Defendant admits the allegations in paragraph 52 of Plaintiff's Complaint.

**53.**	Defendant admits that Plaintiff is seeking damages.  However, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof of same.  As such, Defendant denies the remaining allegations in paragraph 53 of Plaintiff's Complaint.

**54.**	Paragraph 54 is an incorporation paragraph.  As such, Defendant incorporates herein its prior answers, objections and responses herein as if set forth verbatim.

**55.**	Defendant denies the allegations in paragraph 55 of Plaintiff's Complaint.

**56.**	Defendant admits that Plaintiff is seeking damages.  However, Defendant denies any liability or wrongful conduct to the extent alleged in said paragraph and demands strict proof of same.  As such, Defendant denies the remaining allegations in paragraph 56 of Plaintiff's Complaint.

**57.**	To the extent that any of Plaintiff's claims may survive a motion to dismiss or motion for summary judgment, Defendant admits that Plaintiff may be entitled to a jury trial as requested in paragraph 57 of Plaintiff's Complaint.

58.     Defendant denies that Plaintiff is entitled to any relief requested in her prayer.

59.     Any allegation of Plaintiff's Complaint not specifically admitted herein is denied

Affirmative Defenses

**FIRST AFFIRMATIVE DEFENSE**

60.     Defendant has, at all times relevant hereto, complied fully with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

**SECOND AFFIRMATIVE DEFENSE**

61.     Defendant affirmatively pleads that to the extent a jury or this Court may find any violations of the Fair Debt Collection Practices Act, such alleged violations being expressly denied by Defendant, liability for any such alleged violations is barred by 15 U.S.C. § 1692k(c).

**THIRD AFFIRMATIVE DEFENSE**

62.     Plaintiff's claims for actual damages, if any, are, or may be, barred because upon information and belief, Plaintiff failed to properly to mitigate her damages.

**FOURTH AFFIRMATIVE DEFENSE**

63.     Plaintiff's claims are, or may be, barred because upon information and belief, the claimed injuries and actual damages, if any, were or may have been caused by the conduct of third parties, including, but not limited to, the prior, intervening, or superseding conduct of third parties. In the alternative, Plaintiff's claims are, or may be, barred because upon information and belief, the claimed injuries and actual damages were not proximately caused by any acts or omissions of Defendant.

### FIFTH AFFIRMATIVE DEFENSE

**64.** Pleading further, Defendant states that the amount of Plaintiff's lawful debt is and should be offset against the amount of actual and/or statutory damages, if any, awarded by the trier of fact.

### SIXTH AFFIRMATIVE DEFENSE

**65.** Plaintiff's claims are, or may be, barred because Plaintiff did not sustain any actual damages as a proximate result of any conduct by Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

**66.** Pleading further, Defendant states that Plaintiff's cause of action under the FDCPA was brought in bad faith and for the purpose of harassment. As such, Defendant is entitled to its necessary and reasonable attorney's fees and court costs pursuant to FDCPA § 1692(k)(1) in an amount to be determined by the Court.

### Prayer

Wherefore, the premises considered, Defendant prays that Plaintiff take nothing by her cause of action. Defendant prays for prejudgment and post-judgment interest, costs of Court and attorney's fees. Defendant prays for such other and further relief, at law or in equity, to which Defendant may be duly entitled.

Respectfully submitted,

/s/ Steven R. Dunn
Steven R. Dunn
Tx Bar No. 06252250
**Dunn Firm, P.C.**
5420 LBJ Freeway, Suite 577
Dallas, Texas 75240
(214) 692.5533 (telephone)
(214) 692.5534 (telecopier)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following persons:

David Larson
88 Inverness Circle East
Suite I-101
Englewood, Colorado 80112

/s/Steven R. Dunn
Steven R. Dunn